Jose Klein, OSB No. 083845
jose@kleinmunsinger.com
Ann Marie Schott, OSB No. 174614
annmarie@kleinmunsinger.com
KLEIN MUNSINGER LLC
1215 SE 8th Ave Ste F
Portland, OR 97214-3497
(503) 568-1078
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DEE COOK, an individual,<br><br>                              Plaintiff,<br><br>          v.<br><br>HD INDUSTRIES LLC d/b/a HOME INSTEAD SENIOR CARE #805, an Oregon limited liability company,<br><br>                              Defendant. | Case 3:20-cv-01484-BR<br><br>NOTICE OF SETTLEMENT |

Pursuant to LR 41-1(a), Dee Cook and HD Industries LLC d/b/a Home Instead Senior Care #805 hereby provide notice that the parties have voluntarily reached agreement on the terms and conditions of a settlement in this matter.

For that reason, the parties ask the Court to strike all current case deadlines and, pursuant to LR 41-1(c), ask the Court to direct the clerk to dismiss the case with

prejudice and without costs or fees awarded to either party, and with rights to any party to reopen the case in the event of a failure to consummate the final settlement within 60 days.

DATED this 9th day of April, 2021.

| KLEIN MUNSINGER LLC | BUCKLEY LAW PC |
|---|---|
| By *s/ Jose Klein* <br> Jose Klein, OSB No. 083845 <br> jose@kleinmunsinger.com <br> Of Attorneys for Dee Cook | By *s/ William Gaar* <br> William Gaar, OSB No. 890464 <br> weg@buckley-law.com <br> Of Attorneys for HD Industries, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2021, I served the foregoing **NOTICE OF SETTLEMENT** on the following parties:

> William Gaar
> weg@buckley-law.com
> Jillian Pollock
> jp@buckley-law.com
> Kristy Carlton
> kec@buckley-law.com
> Buckley Law PC
> 5300 Meadows Road, Suite 200
> Lake Oswego, OR  97035
> Attorneys for Defendant

by the following indicated methods:

- ☐ **First class mail, postage prepaid**
- ☒ **Electronic Case Filing System**
- ☐ **FedEx**
- ☐ **Hand-delivery**

By: *s/ Jose Klein*
Jose Klein